UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| COREY J. STRZYZEWSKI,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DEWAYNE DEAL, et al.,<br><br>　　　　　　Defendants. | Case No. 3:14-cv-00612-MMD-VPC<br><br>ORDER |

This action reflects the First Amended Complaint was filed on June 18, 2015. (ECF No. 7.) On August 17, 2016, the Court issued a notice of intent to dismiss Gabrieal Brynes, Christine Carmazzi, Keith Kennedy, Rex Reed, and Robert Bannister pursuant to Fed. R. Civ. P. 4(m) unless proof of service upon them is filed by September 16, 2016. (ECF No. 32) To date, no proof of service has been filed on the referenced defendants and Plaintiff has failed to show good cause why this action should not be dismissed without prejudice for failure to effect timely service pursuant to Fed. R. Civ. P. 4(m).

Accordingly, it is ordered that Gabrieal Brynes, Christine Carmazzi, Keith Kennedy, Rex Reed, and Robert Bannister are dismissed without prejudice from this action.

DATED THIS 29th day of September 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE